# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, as
Personal Representative of the
ESTATE OF REX CORCORAN,
JR., deceased and YVONNE
SCHMITT,

      Plaintiffs,

v. No. 1:22-CV-00484 LF/SCY

SANTA FE COUNTY ADULT CORRECTIONAL
FACILITY; BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF
SANTA FE; WARDEN DEREK WILLIAMS, in
his official and individual capacities; LIEITENANT
OSCAR ROJAS, in his individual capacity;
LIEUTENANT DEMETRIO PADILLA, in his
individual capacity; OFFICER SANTIAGO
TRUJILLO, in his individual capacity; SERGEANT
G. GALLEGOS, in his individual capacity;
SERGEANT A. ORTEGA, in his individual
capacity; CORPORAL CHRISTOBAL
GALLEGOS, in his individual capacity;
SERGEANT BENNY ATENCIO, in his individual
capacity; DR. MELQUIADES OLIVARES, in his
individual capacity; RHIANNA MANZANARES,
in her individual capacity; TERRY DAVIS, RN, in
her individual capacity; DEANNE MARES, in her
individual capacity; JUDY LNU, in her individual
capacity; JOHN DOE(S), in their individual
capacities; JANE DOE(S), in their individual
capacities,

      Defendants.

## UNOPPOSED MOTION TO DISMISS ALL CLAIMS
## AGAINST TERRY DAVIS, RN WITH PREJUDICE

      COME NOW Plaintiffs through counsel of record, Rothstein Donatelli LLP (Carolyn M.

"Cammie" Nichols, Carey Bhalla and Taylor E. Smith) and hereby move this Court for an Order

dismissing all of the individual claims which were brought against, or which could have been

brought against, Defendant Terry Davis, RN in the above-entitled and numbered cause of action, with prejudice. In support of this Motion, Plaintiffs state that after taking the deposition of Terry Davis, RN, Plaintiffs' claims should be dismissed.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order dismissing all the claims which Plaintiffs brought against Defendant Terry Davis, RN in the above-entitled cause be dismissed with prejudice.

ROTHSTEIN DONATELLI LLP

Respectfully submitted,

*Carey C. Bhalla*
Carolyn "Cammie" Nichols
Carey Bhalla
Taylor E. Smith
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
tsmith@rothsteinlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2022, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*Carey C. Bhalla*
ROTHSTEIN DONATELLI LLP