IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, as
Personal Representative of the
ESTATE OF REX CORCORAN,
JR., deceased et al.,

      Plaintiffs,

vs.                                          Civ. No. 22-484 LF/SCY

SANTA FE COUNTY ADULT CORRECTIONAL
FACILITY et al.,

      Defendants.

## ORDER FOR STATUS REPORT

At the Telephonic Scheduling Conference held in this case on August 24, 2022, the Plaintiffs advised that they settled all claims against all Defendants except for Defendant Terry Davis. Doc. 14 at 1 (clerk's minutes). Because the settlement involved a minor, the parties indicated they would file an *in rem* petition in state court to hold a fairness hearing and approve the settlement. *Id.* at 2. On November 16, 2022, the parties advised that they had settled the claims against Davis, and on November 17, the Court dismissed all claims against Davis. Docs. 16 & 18. There has been no activity in this case since that date.

The Court hereby orders Plaintiff to file a status report advising of the status of the petition in state court. The status report is due within 14 days of the date of this Order.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE