**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KRISTINA MARTINEZ, as
Personal Representative of the
ESTATE OF REX CORCORAN,
JR., deceased and YVONNE
SCHMITT,

        Plaintiffs,

v.                                                          No. 1:22-CV-00484-LF-SCY

SANTA FE COUNTY ADULT CORRECTIONAL
FACILITY; BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF
SANTA FE; WARDEN DEREK WILLIAMS, in
his official and individual capacities; LIEITENANT
OSCAR ROJAS, in his individual capacity;
LIEUTENANT DEMETRIO PADILLA, in his
individual capacity; OFFICER SANTIAGO
TRUJILLO, in his individual capacity; SERGEANT
G. GALLEGOS, in his individual capacity;
SERGEANT A. ORTEGA, in his individual
capacity; CORPORAL CHRISTOBAL
GALLEGOS, in his individual capacity;
SERGEANT BENNY ATENCIO, in his individual
capacity; DR. MELQUIADES OLIVARES, in his
individual capacity; RHIANNA MANZANARES,
in her individual capacity; TERRY DAVIS, RN, in
her individual capacity; DEANNE MARES, in her
individual capacity; JUDY LNU, in her individual
capacity; JOHN DOE(S), in their individual
capacities; JANE DOE(S), in their individual
capacities,

        Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

In accordance with Federal Rule 041(a)(1)(A)(i), Plaintiffs through counsel of record,

Rothstein Donatelli LLP hereby dismisses this suit with prejudice.

Respectfully submitted,

ROTHSTEIN DONATELLI LLP

*/s/ Carey Bhalla*
Carolyn M. "Cammie" Nichols
Carey Bhalla
Taylor E. Smith
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
tsmith@rothsteinlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February, 2023, I filed the foregoing

pleading electronically through the CM/ECF Filing System, which caused all counsel of record

to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Carey Bhalla*
ROTHSTEIN DONATELLI LLP